

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00470-CR

Isaac Barron **SALGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3958W
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is REINSTATED on the court's docket, appellant's Motion for Leave to File Notice of Appeal is DENIED, and the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 21, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_____
Michael A. Cruz, Clerk of Court